IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Tracy D Halsell
(Enter Above the Name of the Plaintiff in this Action)

VS.

T. Mobile Customer Relations
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____
_____
_____
_____

RECEIVED

APR 12 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:23CV202.

J. BARRETT

M.J. BOWMAN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tracy D Halsell
Name - Full Name Please - PRINT

2500 Kemper Lane #417
Street Address

Cincinnati, Ohio 45206
City, State and Zip Code

513-221-0335
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. T-Mobile Customer Relations
Name - Full Name Please

P.O. Box 37380  Albuquerque, NM  87176-7380
Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[x] Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

[x] Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

[x] Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

[ ] Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was a T mobile customer for three years I was continually harassed and discriminated against continually treated like a joke or mistreated at times I was refused service however I experienced so much harassment it was over whelming

2917.21 Telecommunications Harassment
2903.211 Harassment
2927.12 Ethnic Intimidation
Section 4112.02 Unlawful Discrimination Practices
First Amendment
2315.33 Complicity    2923.03
Declaration of Independence life, Liberty &
The Pursuit of Happiness
3313.666 Bullying
2903.21
2903.22
2909.04
2907.07 Division (A) (3), 4 or 5
of section. 2917.21 Race Religion
National Origin Ethnic Intimidation


IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| | Halsell-Jrdan | vs. Jeff Wyler Hyundai Fairfield |
| | Halsell-Jrdan | vs. Beyonce - Jay z - People Ready |
| | Halsell-Jrdan | vs. USA - Joe Biden · VP |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Order T-MOBILE TO PAY $1,500,000.00

I state under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of April, 2023.

_____
Signature of Plaintiff