# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Tracy D. Halsell

      Plaintiff,

-vs-                                                                      Case No.  1:23-cv-00202

T-Mobile Customer Relations

      Defendant

_____

## JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

ORDER ADOPTING REPORT AND RECOMMENDATIONS- The Court ACCEPTS and ADOPTS the Magistrate Judge's April 24, 2023 R&R (Doc. 4 ) such that:1. Plaintiff's Complaint (Doc. 3 ) is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B);2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith (for the reasons set forth by the Magistrate Judge in the R&R) and thus DENIES Plaintiff leave to appeal in forma pauperis;3 and3. This case is CLOSED and TERMINATED from the active docket of this Court.

Date:  May 12, 2023                                            Richard W. Nagel,

                                                                           By: s/ M. Doke_____

                                                                                Deputy Clerk